# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129973

RICKY O. HOLDEN,
      Plaintiff-Appellee,

v

CANNON MUSKEGON CORPORATION and
LIBERTY MUTUAL INSURANCE COMPANY,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129973
COA: 262585
WCAC: 03-000280

On order of the Court, the application for leave to appeal the October 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

t0221